O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVAR MONROE GRANT, ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 12-951 CAS (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| MATTHEW CATE, Secretary of the ) | RECOMMENDATION OF |
| California Department of ) | MAGISTRATE JUDGE |
| Corrections and Rehabilitation, ) | |
| ) | |
| Respondents. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: December 5, 2012

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge