JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| TRAVARE MONROE GRANT, | ) | Case No. EDCV 12-951-CAS (AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: December 5, 2012

_____
Christina A. Snyder
United States District Judge